# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| MCKESSON CORPORATION | : No. 80 EAL 2016 |
| | : |
| | : |
| | : Petition for Allowance of Appeal from |
| | : the Order of the Superior Court |
| v. | : |
| | : |
| | : |
| GREGORY S. CAMPBELL, WAYFARER | : |
| AVIATION, INC. F/K/A JDA ACQUISITION | : |
| COMPANY, INC., ARCADIA AVIATION, | : |
| ARCADIA AVIATION, LLC, ARCADIA | : |
| AVIATION, LTD., ARCADIA AVIATION | : |
| INVESTORS, LLC, ARCADIA AVIATION | : |
| MANAGERS, LLC, ARCADIA AVIATION | : |
| IAD, LLC, ARCADIA AVIATION MSV, | : |
| LLC, ARCADIA AVIATION PHF, LLC | : |
| ARCADIA AVIATION WEY, LLC | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| PETITION OF: GREGORY S. CAMPBELL | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of August, 2016, the Petition for Allowance of Appeal is **DENIED**.

    Justices Donohue and Wecht did not participate in the consideration or decision of this matter.